IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC TOMES,<br><br>                Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                Defendant. | 8:13CV02<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on February 7, 2013, by Tregg R. Lunn, attorney for the plaintiff,

**IT IS ORDERED** that:

1. On or before **March 11, 2013**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The Rule 26 Meeting Report Deadline is cancelled.

Dated this 7th day of February, 2013.

                                              BY THE COURT:

                                              s/ Thomas D. Thalken
                                              United States Magistrate Judge